**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6134

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

JOSEPH P. SACCHET; STATE OF MARYLAND,

Defendants - Appellees.

No. 00-6135

GUY LANCASTER RICHMOND,

Plaintiff - Appellant,

versus

STATE OF MARYLAND,

Defendant - Appellee.

Appeals from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, District Judge. (CA-99-2450-WMN, CA-99-3861-WMN)

Submitted:  May 25, 2000          Decided:  June 5, 2000

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Guy Lancaster Richmond, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Guy Lancaster Richmond appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaints.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Richmond v. Sacchet, No. CA-99-2450-WMN (D. Md. Dec. 17, 1999); Richmond v. Maryland, No. CA-99-3861-WMN (D. Md. Jan. 5, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2